Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/24

MEMORANDUM ENDORSEMENT

Julio Alfredo Rosario Gonzalez v. United States
23 CR 186 (VB)
23 CV 11327 (VB)

In the attached submission, petitioner claims that he did not receive the government's response to his Section 2255 motion. The docket in this case reflects that the government <u>did</u> mail a copy of its response to petitioner on March 25, 2024, at petitioner's current address at FCI Big Spring. Nevertheless, because petitioner says he did not receive the government's response, by June 7, 2024, the government is directed to mail another copy of its response to petitioner at his current address, and file proof of service of same.

By **August 7, 2024**, petitioner shall file his reply to the government's response.

Petitioner's request for the appointment of counsel is DENIED WITHOUT PREUDICE. At this stage of the proceedings, without making any final determination as to the merits of petitioner's claims, the Court's preliminary review of the Section 2255 motion indicates that petitioner's claims lack sufficient merit to warrant appointment of counsel, and there is no reason to believe that an evidentiary hearing will be required in this case. Moreover, the Court has considered the type and complexity of this matter and petitioner's ability to present the case. The Court does not find any exceptional circumstances meriting the appointment of counsel at this time.

Chambers will mail a copy of this order to petitioner at the following address:

Julio Alfredo Rosario Gonzalez, Reg. No. 98692-509
FCI Big Spring
Federal Correctional Institution
1900 Simler Ave.
Big Spring, TX 79720

Dated: May 31, 2024
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge



United States District Court
Southern District
Of New York

Julio Alfredo Rosario Gonzalez
    (Petitioner)

V.                                      Case No.:  23-CR-186(VB)
                                                      23-CIV.-11327 (VB)

United States of America
    (Respondent)

Motion requesting the court to order the government to forward me a copy of the government response to my 2255 that was filed in December 2023, so that I may reply to the government response, and so that I have ample time to response to the government, I am requesting a 60-day extension upon receipt of the government reply.

Comes now, Julio Alfredo Rosario Gonzalez, Petitioner, Pro Se, requesting the honorable court order the government to forward me their reply to my 2255. The government's response was due March 25, 2024, and I have as of yet, to receive their response. Docket text notes that I, the petitioner, have til April 25, 2024, to reply to the government response. How can I reply if I do not have the government's response, and per this docket text, I was not able to meet the April 25, 2024 deadline.

I am requesting an extension of time to reply to the government response up to 60 days, if this honorable court would kindly allow. And, the time starting from the receipt of the government response.

If the government chooses not to respond, then I would beg this honorable court to consider ruling in my favor on the 2255.

Your honor, I come from the Dominican Republic, raised in poverty, and do not have much formal education. I started to work at an early age, in order to help my family with finances. I am very remorseful for committing the crime I did, and if I could go back in time and change one thing, it

would be never to get involved with crime and drugs. Your Honor, I could try and come up with a ton of excuses of , why I chose the wrong path, and blame others - not having a positive father figure in my life, peer pressure, thinking that by making fast money I could take my family out of poverty - All but excuses, your Honor. The fact of the matter, is that I was raised by a good Christian mother, who taught me right from wrong. And, even though I held different jobs as a teen to help support my mom, I was a "hard head" son when it came to hanging with the wrong crowd. There is a saying, that is very enlightening, "tell me the kind of people you hang with and I will tell you what kind of person you are". And, thus, like the "Prodigal Son", I wandered off my religious and spiritual teachings of my youth, and got involved with gangs and the sort.

I miss my family. I miss my mom, who's voice whispers in my ear daily, "Mi hijo, tu sabes, que Dios mira todo. Protate bien, y no te olvides lo que te ensene de la Escritura". "Te amo mucho, y siempre vas a ser mi bebe". (My son, you know that God sees everything. Be good, and do not forget the teachings of the Bible. I love you and you will always be my "baby".)

As painful as it is to be separated from my family, I must be a man, and suffer the consequences of my wrong choices. I must learn to place all my faith and trust in the one who will never let me down - God and His Son, Jesus Christ. And, I must see things the way God sees things, because, "his ways are not our ways, and our ways are not his ways" From the Book of Psalm's. And just like Moses who fled Egypt and went out to the desert for 40 years to learn from God, like Joseph son of Jacob who was falsely imprisoned for 17 years for a crime he did not commit, and Paul (Saul) who spent 3 years in the desert after meeting Jesus on the road to Damascus, sometimes, we need time apart from our love ones, to gain a closer love relationship with our true Father in Heaven, and learn wisdom.

I am not quite there, and probably never will be, since we all are constantly learning and a work in progress. What I do know, is that I have a mom still waiting for me, and a young son, who needs to learn wisdom from his father. And, why I am trying to get back to my family a bit sooner.

I know that this motion request is unorthodox, but my heart and spirit guides me to express these things to the court.

I plan to remain lawabiding the rest of my life, and teach my family and young fatherless children, the importance of making wise choices and obeying all law(s).

-3-

I was blessed to run across a Christian inmate who could translate my thoughts and type this motion.

I do not read, write, nor speak English, and have no understanding of legal matters and procedures. The F.C.I. Big Spring law library is limited in hours of accesibility, and I do not know how to work computer's to research law. This facility does not offer professional legal advise by a outside attorney or para-legal, like some B.O.P. prisons offer. We are on our own, when it comes to legal research and filing motions.

I do not know the procedure, however, it would be very helpful if this honorable court would appoint a lawyer and/or public defender to help me with my case. I am indigent and have no funds to pay for a private paid attorney.

I thank your Honor and this Honorable Court for taking time to read this motion and the additional information. I continue to strive to remain compliant with all rules and regulations of the prison, working odd jobs, on the waiting list for the drug education course, and meeting with fellow Christians to discuss the Bible.

I pray this motion and additional comments finds your Honor well and may God bless your Honor and staff.

Submitted on: *5/21/24*
              Date

                                        Respectfully,

                                        *Julio Alfredo Rosario Gonzalez*
                                        Julio Alfredo Rosario Gonzalez
                                        Fed. 98692-509
                                        F.C.I. Big Spring
                                        1900 Simler Ave.
                                        Big Spring, Texas  79720